UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

CHERYL MATORY AND                                              PLAINTIFFS
TOMECA BARNES

VS.                                   CIVIL ACTION NO. 3:16cv989 TSL-RHW

HINDS COUNTY SHERIFF VICTOR
MASON, In His Individual
Capacity and HINDS COUNTY,
MISSISSIPPI                                                    DEFENDANTS

ORDER OF DISMISSAL

This cause comes before the court sua sponte, the parties having announced that they have reached a compromise and settlement of all pending claims in this matter. Accordingly, the court being desirous of removing this matter from its docket;

IT IS, THEREFORE, ORDERED that this action be, and it is hereby dismissed with prejudice as to all parties. The court retains jurisdiction in the event that settlement of the case is not concluded according to the terms of the settlement agreement.

SO ORDERED, this the 11th day of January, 2019.

/s/Tom S. Lee_____
UNITED STATES DISTRICT JUDGE